UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA CRAVEN, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. _____ |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Pursuant to Fed.R.Civ.P. 4(c), the Plaintiff moves for an appointment of Ronald DiGiorgio, Constable or any of his agents qualified and knowledgeable in service of court process and/or any of his employees or servants, as process server in the above captioned matter.

As grounds for this Motion, Plaintiff states that said appointment is required due to the need to expedite service in this action. The Sheriff's Department for the county in which the Defendant resides is currently experiencing a backlog of work. Constable Ronald DiGiorgio is available to make immediate service of process in this matter. Plaintiff swears that to the best of its knowledge and belief, the person to be appointed process server is a constable who is experienced in the service of process, is 18 years of age or over, and is not a party to this action.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow Plaintiff's motion to appoint Constable Ronald DiGiorgio, or any of his agents qualified and knowledgeable in service of court process and/or any of his employees or servants, as process server in the above captioned matter.

                Respectfully Submitted,
WEST COAST PRODUCTIONS INC.,
By Its Attorney,

DATED: February 3, 2012

**/s/ Todd J. Bennett**
Todd J. Bennett, Esq. (BBO # 643185)
Eric R. LeBlanc, Esq. (BBO # 666786)
BENNETT & BELFORT, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02141
Telephone: 617-577-8800
Facsimile: 617-577-8811
tbennett@bennettandbelfort.com
eleblanc@bennettandbelfort.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on February 3, 2012, that a copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                /s/ Todd J. Bennett
                  Todd J. Bennett
                  Eric R. LeBlanc